Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                  Case No.:  18−16643−ABA
                                  Chapter:  13
                                  Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jason J. LaRocca                                                Ching Shan LaRocca
   4 W. Hoffman Ave                                          aka Jennifer LaRocca
   Cherry Hill, NJ 08002                                    4 W. Hoffman Ave
                                                                        Cherry Hill, NJ 08002

Social Security No.:
   xxx−xx−7535                                                   xxx−xx−9647

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on August 27, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 27, 2019
JAN: bc

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jason J. LaRocca  
Ching Shan LaRocca  
    Debtors

Case No. 18-16643-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3     Date Rcvd: Aug 27, 2019  
                             Form ID: 148      Total Noticed: 85

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2019.

```
db/jdb         +Jason J. LaRocca,    Ching Shan LaRocca,    4 W. Hoffman Ave,    Cherry Hill, NJ 08002-3340
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517434360       AT&T,    c/o Credence Resource Management, LLC,    1700 Dallas Pkwy,    Ste 204,
                 Dallas, TX 75248
517434357       Alicia LaRocca-Getz,    305 N. Valleybrook Rd.,    Cherry Hill, NJ 08034
517434358      +American Education/Wells Fargo,    PO BOX 61047,    Harrisburg, PA 17106-1047
517434361       Bank of America,    c/o Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany, NJ 07054-5020
517434362       Benson,    c/o Cooper Maren Nitsberg & Voss,    485 Route 1 South,    Building A , Suite 200,
                 Iselin, NJ 08830
517434369      +CCMUA,    Po Box 1105,    Bellmawr, NJ 08099-5105
517576142      +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
517434363      +Camden County Probation,    6 Executive Campus Suite 300, Rt. 70,    P.O. Box 8107,
                 Cherry Hill, NJ 08002-0107
517434364      +Capital One,    c/o Nudelman, Klemm & Golub, P.C,    425 Eagle Rock Ave,    Ste 403,
                 Roseland, NJ 07068-1717
517434367       Capital One Bank,    c/o Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany, NJ 07054-5020
517434366      +Capital One Bank,    c/o Fenton & McGarvey Law Firm,    2401 Stanley Gault Parkway,
                 Louisville, KY 40223-4175
517434368       Cardiovascular Assoc of Delaware,    c/o Apex Asset Management, LLC,    2501 Oregon Pike,
                 Ste 102,    Lancaster, PA 17601-4890
517434371      +Cherry Hill Fire District 13,    PO BOX 1016,    Voorhees, NJ 08043-7016
517434372       Citibank, NA,    c/o Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany, NJ 07054-5020
517434373      +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
517434374      +Comcast,    c/o Financial Recoveries,    200 E. Park Drive,    Ste 100,
                 Mount Laurel, NJ 08054-1297
517434378      +DSNBVIS,    PO BOX 8218,    Mason, OH 45040-8218
517434379       Emerg Phy Assoc North Jersey,    c/o Akron Billing Center,    PO Box 740021,
                 Cincinnati, OH 45274-0021
517434380       Emerg Phy Assoc of S. Jers,    c/o HRRG,    PO BOX 5406,    Cincinnati, OH 45273-7942
517434381       FTC V. At&T,    Claims Administrator,    PO BOX 3219,    Portland, OR 97208-3219
517434386      +HSBC Bank/LVNV,    c/o JCC & Associates, Inc.,    PO BOX 519,    Sauk Rapids, MN 56379-0519
517434387      +HSBC/LVNV Funding,    c/o Northland Group, Inc.,    PO BOX 390846,    Minneapolis, MN 55439-0846
517434383       Haddon Emergency Physicians,    PO Box 41541,    Philadelphia, PA 19101-1541
517434385       Home Depot,    c/o Palmer, Reifler & Associates, PA,    1900 Summit Tower,    Suite 820,
                 Orlando, FL 32810-5951
517434389       Kennedy Health,    c/o Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
517434390      +Kennedy University Hospital,    500 Marlboro Ave,    Cherry Hill, NJ 08002-2054
517434391      +Lourdes Cardiology Services,    63 Kresson Road, Ste 101,    Cherry Hill, NJ 08034-3200
517434392      +Lourdes Health System,    PO BOX 822099,    Philadelphia, PA 19182-2099
517434394       Michael A. Cerrato,    Attorney & Counselor At Law,    111 Broadway,    Westville, NJ 08093-1121
517434395      +Midland Funding, LLC,    c/o Frank Todoro, Court Officer,    PO BOX 454,
                 Waterford Works, NJ 08089-0454
517434396       Motor Vehicle Commision,    c/o Birchmeier & Powell, LLC,    PO Box 852,    Tuckahoe, NJ 08250
517434397       New Century Financial Services,    c/o Pressler and Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517434398       Nick Pisciella,    PO BOX,    Cherry Hill, NJ 08034
517434399      +Office of the Public Defender,    PO Box 850,    Trenton, NJ 08625-0850
517434408       PSE&G,    PO Box 14444,    Floor 1,    New Brunswick, NJ 08906-4444
517434406       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517434400       Paypal,    c/o American Coradius International, LLC,    2420 Sweet Home Rd,    Ste 150,
                 Buffalo, NY 14228-2244
517434401       Pennsylvania Higher Edu Assistance Agenc,    c/o Performant Recovery Inc.,    PO BOX 9057,
                 Pleasanton, CA 94566-9057
517434402       Pennsylvannia Higher Ed Assistance Agenc,    c/o Premiere Credit of North America,
                 PO BOX 19309,    Indianapolis, IN 46219-0309
517434404       Portfolio Recovery,    c/o Forster, Garbus & Garbus,    60 Motor Parkway,
                 Commack, NY 11725-5710
517434409       Public Services Electric Gas,    c/o Mercantile,    PO BOX 9054,    Williamsville, NY 14231-9054
517434411      +Radiology Associates of New Jersey, PC,    28075 Network Place,    Chicago, IL 60673-1280
517434412       South Jersey Behavioral Health,    2500 McClellan Avenue,    Pennsauken, NJ 08109-4613
518147512      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518147513      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517434413      +Sprint,    c/o GC Services Limited Partnership,    PO BOX 1466,    Houston, TX 77251-1466
517434414       State of New Jersey Dept of Labor,    and Workforce Development,    PO Box 951,
                 Trenton, NJ 08625-0951
517434415       The Heart House,    c/o Cardiovascular Associates of the Del,    120 White Horse Pike,    Ste 112,
                 Haddon Heights, NJ 08035-1938
517434416       Township of Cherry Hill,    820 Mercer Street,    Post Office Box 5002,
                 Cherry Hill, NJ 08034-0358
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Aug 27, 2019
                              Form ID: 148             Total Noticed: 85


517434417      +Township of Cherry Hill,    820 Mercer Street,    Cherry Hill, NJ 08002-2688
518376428      +U.S. Bank National Association,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517464010       U.S. Bank National Association, Et.Al.,    Wells Fargo Bank, N.A.,    Default Document Processing,
                 N9286-01Y,   1000 Blue Gentian Road,    Eagan MN 55121-7700
517434420      +Verizon Vision 5,    co Dynamic Recovery Solutions,    135 Interstate Blvd,
                 Greenville, SC 29615-5720
517434421       Virtua Health Voorhees,    Po Box 8500-8267,    Philadelphia, PA 19178-8267
517434422      +Weir & Partners, LLP,    A PA Limited Liability Partnership',    215 Fries Mill Rd,    2nd Floor,
                 Blackwood, NJ 08012-2021
517434423      +Wells Fargo Home Mortgage,    c/o Phelan Halinan Diamond & Jones, PC,    400 Fellowship Road,
                 Suite 100,   Mount Laurel, NJ 08054-3437
517434424      +William Porter,    2357 Ellwood Ave,    Atco, NJ 08004-1148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 27 2019 23:30:58      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 27 2019 23:30:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517434359       EDI: SWCR.COM Aug 28 2019 02:58:00      AT&T,   c/o Southwest Credit,    4120 International Pkwy,
                 Suite 1100,   Carrollton, TX 75007-1958
517434365       EDI: MID8.COM Aug 28 2019 02:58:00      Capital One Bank,    c/o Midland Credit Management, Inc.,
                 PO BOX 60578,   Los Angeles, CA 90060-0578
517434370      +E-mail/Text: bankruptcies@amerassist.com Aug 27 2019 23:31:47      Center for Women Virtua,
                 c/o Amerassist AR Solutions,    445 Hutchinson Ave Ste 500,    Columbus, OH 43235-8616
517434375       EDI: SWCR.COM Aug 28 2019 02:58:00      Comcast,    c/o Southwest Credit Systems, L.P.,
                 4120 International Pkwy, Ste 1100,    Carrollton, TX 75007-1958
517434376      +E-mail/Text: legal-dept@cooperhealth.edu Aug 27 2019 23:30:57      Cooper Pathology PC,
                 PO BOX 6017,    Bellmawr, NJ 08099-6017
517434377      +EDI: RCSFNBMARIN.COM Aug 28 2019 02:58:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
517521684       EDI: ECMC.COM Aug 28 2019 02:58:00      Educational Credit Management Corporation,
                 P.O. Box 16408,    St. Paul, MN 55116-0408
517434388      +E-mail/Text: bankruptcy@fncbinc.com Aug 27 2019 23:29:14      HSBC/LVNV Funding LLC,
                 c/o First National Collection Bureau, In,    610 Waltham Way,    Sparks, NV 89437-6695
517434382      +E-mail/Text: mnapoletano@ars-llc.biz Aug 27 2019 23:31:29      Haddon Emergency Physicians,
                 c/o Ability Recovery Service,    PO BOX 4031,    Wyoming, PA 18644-0031
517434384      +E-mail/Text: bankruptcydepartment@tsico.com Aug 27 2019 23:31:27
                 Higher Education Assistance Agency,    c/o Transworld Systems, Inc.,    507 Prudential RD,
                 Horsham, PA 19044-2308
517434393      +E-mail/Text: fggbanko@fgny.com Aug 27 2019 23:29:58      LVNV Funding A/P/O HSBC Bank,
                 c/o Forster, Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
517585673       EDI: RESURGENT.COM Aug 28 2019 02:58:00      LVNV Funding LLC C/O Resurgent Capital Services,
                 P.O. Box 10675,    Greenville, SC 29603-0675
517586175       EDI: RESURGENT.COM Aug 28 2019 02:58:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517586180       EDI: RESURGENT.COM Aug 28 2019 02:58:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of HSBC Receivables,    Acquisition Corporation (USA) IV,    Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
517586198       EDI: RESURGENT.COM Aug 28 2019 02:58:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of North Star Capital,    Acquisition LLC,    Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
517585665      +EDI: MID8.COM Aug 28 2019 02:58:00      Midland Funding LLC,    Po Box 2011,
                 Warren MI 48090-2011
517581281       EDI: PRA.COM Aug 28 2019 02:58:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
517798295      +E-mail/Text: bankruptcy@pseg.com Aug 27 2019 23:29:24      PSE&G,    Attn: Bankruptcy Dept.,
                 PO Box 490,   Cranford NJ 07016-0490
517434403      +E-mail/Text: bankruptcy@accountcontrol.com Aug 27 2019 23:31:34
                 Pennsylvannia Higher Education Assitance,    c/o Account Control Technology, Inc.,
                 21700 Oxnard St.,    Suite 1400,   Woodland Hills, CA 91367-3636
517434405      +EDI: CCS.COM Aug 28 2019 02:58:00      Progressive Garden State Ins Co,
                 c/o Credit Collection Services,    725 Canton St.,    Norwood, MA 02062-2679
517434410      +E-mail/Text: Bankruptcies@nragroup.com Aug 27 2019 23:31:41      Radiology Associates of Centra,
                 c/o National Recovery Agency,    2491 Paxton St.,    Harrisburg, PA 17111-1036
517434419      +EDI: VERIZONCOMB.COM Aug 28 2019 02:58:00      Verizon,    PO Box 5029,
                 Wallingford, CT 06492-7529
517570100      +EDI: AIS.COM Aug 28 2019 02:58:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517434418       EDI: DCI.COM Aug 28 2019 02:58:00      Verizon,    c/o Diversified Consultants, Inc.,
                 PO BOX 551268,    Jacksonville, FL 32255-1268
                                                                                               TOTAL: 26
```

```
District/off: 0312-1          User: admin              Page 3 of 3                  Date Rcvd: Aug 27, 2019
                              Form ID: 148             Total Noticed: 85
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517434407       ##PSE&G,    c/o Penn Credit Corporation,    916 S. 14th St.,    PO BOX 988,
                  Harrisburg, PA 17108-0988
                                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                    Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR
               IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSMPS MORTGAGE LOAN TRUST
               2004-4 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Jason J. LaRocca jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric   Clayman    on behalf of Joint Debtor Ching Shan LaRocca jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan
               Trust 2004-4 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
               SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSMPS MORTGAGE LOAN
               TRUST 2004-4 nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE,
               SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSMPS MORTGAGE LOAN
               TRUST 2004-4 nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
               SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSMPS MORTGAGE LOAN
               TRUST 2004-4 nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10